# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SHAWANDA LEE** *Individually and on behalf of all others similarly situated* | **CIVIL ACTION NO. 22-72** **JUDGE AFRICK** |
| **VERSUS** | **MAGISTRATE JUDGE DOUGLAS** |
| **C.A.R.E. (CONSULTING AND ADVICE FOR THE RETIRED AND ELDERLY), INC.** | |

## JOINT MOTION TO ENTER 60-DAY DISMISSAL ORDER

**NOW INTO COURT**, through undersigned counsel, come Plaintiff Shawanda Lee and Defendant C.A.R.E., Inc., who hereby move this Honorable Court to enter a 60-day dismissal without prejudice order. The basis of this motion is that the parties anticipate filing a joint motion to dismiss the plaintiff's claims with prejudice with each party to bear their own costs and attorneys' fees within the next 60 days.

Respectfully Submitted:

*/s/Philip Bohrer*
Philip Bohrer (#14089)
phil@bohrerbrady.com
**BOHRER BRADY, LLC**
8712 Jefferson Highway, Suite B
Baton Rouge, LA 70809
Telephone: (225) 925-5297
Facsimile: (225) 231-7000

OF COUNSEL:
Nicholas A. Migliaccio (*pro hac vice* anticipated)
Jason S. Rathod (*pro hac vice* anticipated)
**MIGLIACCIO & RATHOD LLP**
412 H Street NE, 3rd Floor
Washington, DC 20002
Telephone: (202) 470-3520

Facsimile: (202) 800-2730
nmigliaccio@classlawdc.com
jrathod@classlawdc.com

*Attorneys for Plaintiff and the Proposed Collective*


*/s/Scott D. Huffstetler*
Scott D. Huffstetler (#28615), T.A.
scott.huffstetler@keanmiller.com
Chelsea G. Caswell (#35147)
chelsea.caswell@keanmiller.com
**KEAN MILLER LLP**
400 Convention Street, Suite 700 (70802)
Post Office Box 3513
Baton Rouge, LA 70821
Telephone: (225) 387-0999
Facsimile: (225) 388-9133

*Attorneys for C.A.R.E., Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to the following, by operation of the Court's electronic filing system:

Philip Bohrer
phil@bohrerbrady.com
BOHRER BRADY, LLC
8712 Jefferson Highway, Suite B
Baton Rouge, LA 70809

Baton Rouge, Louisiana this 2nd day of March, 2022.

*/s/Scott D. Huffstetler*
Scott D. Huffstetler